**TIPTON & YOUNG CONSTRUCTION CO. v. BLUE RIDGE STRUCTURE CO.**

[340 N.C. 257 (1995)]

TIPTON & YOUNG CONSTRUCTION CO., INC., PLAINTIFF v. BLUE RIDGE STRUC-
TURE CO., AND BALBOA INSURANCE COMPANY, DEFENDANTS AND BALBOA
INSURANCE COMPANY, THIRD PARTY PLAINTIFF v. J. B. FAGAN, THIRD PARTY
DEFENDANT

No. 447PA94

(Filed 5 May 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 116 N.C. App. 115, 446 S.E.2d 603 (1994), affirming a judgment entered by Lamm, J., at the 10 May 1993 session of Superior Court, Yancey County. Heard in the Supreme Court 11 April 1995.

*Ronald C. True for plaintiff-appellant.*

*Waggoner, Hamrick, Hasty, Monteith and Kratt, by S. Dean Hamrick, for defendant-appellee Balboa Insurance Company.*

PER CURIAM.

AFFIRMED.